

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-19-00896-CV

**IN RE P.G.D, JR.** et al.,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00361
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

 This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. On January 15, 2020, this court notified the court reporter responsible for preparing the record that the reporter's record, which was due to be filed on January 9, 2020, was late. On the same date, the court reporter filed a notice of late record requesting a fifteen-day extension of time to file the reporter's record. The request is GRANTED. It is ORDERED that the reporter's record must be filed in this appeal no later than January 24, 2020. TEX. R. APP. P. 35.3(c). Further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court